# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139661

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

YAKIMA MONTREAL WILLIAMS,
    Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139661
COA: 292813
Genesee CC: 08-024022-FH

      On order of the Court, the application for leave to appeal the July 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

p1214